VAN–019 Deficiency Notice – Petitions (BNC) – Rev. 07/08/2019

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Wilmington Division

IN RE:
Sara Dianne Nesbitt
( *known aliases*: Coastal Carolina Soap Co, Sara's Soaps 'n Such )
118 Willowbend Drive
Burgaw, NC 28425

CASE NO.: 19–04261–5–SWH

DATE FILED: September 17, 2019

CHAPTER: 13

Peter Everett Nesbitt
( *known aliases*: AGL– A Greener Lawn )
118 Willowbend Drive
Burgaw, NC 28425

## DEFICIENCY NOTICE

To: Sara Dianne Nesbitt and Peter Everett Nesbitt
The above referenced petition has been filed. In order for the case to be administered, it is necessary that the item(s) described below be filed by **October 1, 2019** .

Declaration Concerning Debtors Schedules, Schedules A – J, Statement of Affairs and Statement of Current Monthly Income Certificate of Credit Counseling,

Pursuant to §521(i)(1) of the Bankruptcy Code, this case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the above listed deficiency is not corrected. Should the case be dismissed and the debtor(s) file another petition within one year, the automatic stay may be limited to 30 days or may not go into effect absent a motion and order imposing or extending the automatic stay.

The Chapter 13 plan must be filed by **October 1, 2019** .

The Summary of Your Assets and Liabilities and Certain Statistical Information must be filed by **October 1, 2019** .

The Certificate of Completion of pre–petition Credit Counseling Course must be filed by **October 1, 2019** .

Pursuant to Bankruptcy Rule 1008, all petitions, lists, schedules, statements, and amendments should be verified or contain an unsworn declaration as provided in 28 U.S.C. 1746.

The three day mailing period as provided for under Rule 9006(f), Federal Rules of Bankruptcy Procedure, does not apply.

DATED: September 17, 2019

Abigail Ferritto
Deputy Clerk